PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ameer Castleberry                        Cr.: 2:11cr886-01
                                                          PACTS #: 61223

Name of Sentencing Judicial Officer: Honorable William H. Walls, Senior United States District Judge

Date of Original Sentence: 04/03/12

Original Offense: Felon in Possession of a Firearm

Original Sentence: 28 months incarceration followed by 3 years supervised release and a $100 special assessment. Special conditions: 1) drug/alcohol testing and treatment; and, 2) mental health evaluation and treatment.

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/17/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On December 26, 2012, Castleberry tested positive for marijuana (National Testing Lab specimen #B02742714). Castleberry admitted to smoking marijuana on or about December 20, 2012, as a method to cope with stress. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand from the Court. The frequency of drug testing has been increased and future positive drug tests will result in a substance abuse assessment with an outlook towards treatment. The probation office will continue to closely monitor Castleberry's progress and will report any further noncompliance.

Respectfully submitted,

Adriana Garcia O'Hara
2013.01.15 14:12:56
-05'00'

By: Adriana Garcia O'Hara
    U.S. Probation Officer            Carolee Ann
Date: 01/15/13                        Azzarello
                                      2013.01.16 10:20:03
                                      -05'00'

PROB 12A - Page 2
Ameer Castleberry

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

22 January 2013
Date